```
1   DINA L. SANTOS, Bar #204200
    A Professional Law Corp.
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160
4
5   Attorney for Defendant
    MATTHEW JIMENEZ
6
7                  IN THE UNITED STATES DISTRICT COURT
8                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
11  UNITED STATES OF AMERICA,       )  No. 2:13-cr-0150 MCE
                                    )
12              Plaintiff,          )
                                    )  STIPULATION AND ORDER VACATING
13      v.                          )  DATE, CONTINUING CASE, AND
                                    )  EXCLUDING TIME
14  MATTHEW JIMENEZ,                )
                                    )
15                                  )  Date:  August 15, 2011
                Defendants.         )  Time:  9:00 a.m.
16                                  )  Judge: Honorable Judge Enland
    _____
17
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney JUSTIN LEE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant MATTHEW JIMENEZ; that the status conference scheduled for June 27, 2013, be vacated and the matter be continued to this Court's criminal calendar on August 15, 2013, at 9:00 a.m, for further status.

This continuance is requested by the defense in order to permit review of discovery, client consultation concerning a possible plea agreement and further negotiations with the prosecution.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 15, 2013 date, and that Mr. Lee has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: June 24, 2013  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
MATTHEW JIMENEZ

Dated: June 24, 2013  /S/ Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

In accordance with the foregoing stipulation, and good cause appearing, the status conference in this matter set for June 27, 2013 is hereby continued to August 15, 2013 at 9:00 a.m. in Courtroom No. 7.

**IT IS SO ORDERED.**

Date: June 25, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT