```
1   BENJAMIN B. WAGNER
    United States Attorney
2   JUSTIN L. LEE
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00150-MCE |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND |
| v. | EXCLUDING TIME |
| MATHEW RONALD JIMENEZ, | Date: August 15, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter is set for a Status Conference on August 15, 2013.
2. By this Stipulation, the defendant now moves to continue the Status Conference until September 26, 2013, at 9:00 a.m. and to exclude time between August 15, 2013, and September 26, 2013, under Local Code T4. The United States does not oppose this request.

///

Stipulation to Continue         1         United States v. Jimenez

3. The parties agree and stipulate, and request that the Court find the following:
    a. The parties have discussed potential resolution of this case, however, the parties have not received the final drug purity analysis report.  Defense counsel needs such report to fairly advise the defendant of the potential consequences of a plea and to determine if further investigation is warranted.
    b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
    c. The United States does not object to this continuance.
    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.
    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of August 15, 2013, to September 26, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that

additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: August 13, 2013      /s/ Justin L. Lee
                            JUSTIN L. LEE
                            Assistant U.S. Attorney

DATED: August 13, 2013      /s/ Dina Santos
                            DINA SANTOS
                            Attorney for Defendant
                            (as authorized on August 13, 2013)

**ORDER**

IT IS SO FOUND AND ORDERED. The Status Conference currently scheduled for August 15, 2013, is vacated and **continued to September 26, 2013, at 9:00 a.m.** in Courtroom 7. The time period between August 15, 2013, and September 26, 2013, is excluded under Local Code T4 for the reasons stated in the parties' stipulation. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  August 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT